No. 1242, Misc. BAILEY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and the judgment reversed. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1245, Misc. O'BRIEN v. INTERSTATE COMMERCE COMMISSION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Clement Theodore Cooper* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 1248, Misc. ROSE v. HASKINS, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Motion to supplement petition granted. Certiorari denied. *Bernard A. Berkman* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.

No. 1325, Misc. GREGORY v. WARDEN, LEAVENWORTH PENITENTIARY. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 1672, Misc. CACHOIAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.